UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SNOW,

    Plaintiff,

v.                                                CASE NO.: 2:04-cv-00515-VMC-SPC

DIRECTV, INC., a California Corporation;
STUMP, STOREY, CALLAHAN,
DIETRICH & SPEARS, P.A., a Florida
Professional Association; YARMUTH,
WILSDON & CALFO, PLLC, a
Washington Professional Limited Liability
Company; and JOHN DOES 1-25,

    Defendants.

_____/

## DEFENDANTS' JOINT MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants DIRECTV, Inc., and Stump, Storey, Callahan, Dietrich & Spears, P.A., (collectively "Defendants"), by and through their undersigned counsel, respectfully move this Court to dismiss Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.[1]

---

[1] In a separate pleading filed today with this Court, Defendant Yarmuth, Wilsdon & Calfo, PLLC, ("Yarmuth") has moved to dismiss Plaintiff's Complaint on the ground that Yarmuth is not subject to personal jurisdiction in Florida, pursuant to Fed. R. Civ. P. 12(b)(2). (*See* Def. Yarmuth's Dec. 17, 2004 Motion to Dismiss). If the Court finds that Yarmuth is subject to personal jurisdiction in Florida, Yarmuth joins Defendants' motion to dismiss Plaintiff's complaint and supporting memorandum of law pursuant to Fed. R. Civ. P. 12(b)(6).

Pursuant to United States District Court, Middle District of Florida's Local Rule 3.01(d), Defendants request oral argument in this matter.[2] Plaintiff's complaint is based on a novel theory of law, and involves the analysis of a complex federal statute, the Stored Communications Act, 18 U.S.C. § 2701, *et seq*. Defendants believe that oral argument will help clarify the issues raised by the motion to dismiss.

Attached hereto is a memorandum of law in support of this motion.

December 17, 2004                                   Respectfully submitted,

/s/  Michael J. Corso
Michael J. Corso, Esq.
Florida Bar No. 0228729
Bernard J. O'Donnell
Florida Bar No. 0387940
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Post Office Box 280
Fort Myers, FL 33902-0280
(239) 344-4121 (Telephone)
(239) 344-4100 (Facsimile)


/s/ Marc J. Zwillinger
Marc J. Zwillinger
Christian S. Genetski
Sonnenschein Nath & Rosenthal LLP
1301 K Street NW
East Tower, Suite 600
Washington DC 20005
(202) 408-6400 (Telephone)
(202) 408-6399 (Facsimile)

Counsel for Defendants

---

[2] Defendants estimate a one-hour time period for purposes of oral argument.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2004, I caused a true and correct copy of the foregoing Defendants' Joint Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) to be served, via Federal Express, upon the following counsel for Plaintiff Michael Snow:

>Albert A. Zakarian
>Law Offices of Albert A. Zakarian
>2024 W. Cleveland Street
>Tampa, FL 33606
>
>Robert S. Apgood
>Law Offices of Robert S. Apgood
>500 Union Street, Ste. 510
>Seattle, WA 98101

>/s/ Marc J. Zwillinger
>Marc J. Zwillinger