UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SNOW,

        Plaintiff,

vs.                        Case No. 2:04-cv-515-FtM-33SPC

DIRECTV, INC.; STUMP, STOREY, CALLAHAN, DIETRICH & SPEARS, P.A.; YARMUTH, WILSDON & CALFO, PLLC; JOHN DOES 1-25,

        Defendants.

_____

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #46), entered on April 26, 2005, recommending that Defendant Yarmuth, Wilsdon and Calfo, PLLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. #29) be granted, and on consideration of Amended Report and Recommendation (Doc. #51), entered on May 9, 2005, recommending that Defendants Directv, Inc.; Stump, Storey, Callahan, Dietrich & Spears, P.A.; Yarmuth, Wilsdon and Calfo, PLLC; and John Does 1-25's Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. #27) be granted. The Amended Report and Recommendation (Doc. #51) corrected a typographical error that appeared in the original Report and Recommendation (Doc. #47) filed on April 26, 2005. The Plaintiff filed Plaintiff's Objections to Report and Recommendation (Dkt. 46) on May 6, 2005 (Doc. #49) and

Plaintiff's Objections to Report and Recommendation (Dkt. 47) on May 6, 2005 (Doc. #50). The Defendants filed Defendants' Objection to Report and Recommendation on May 6, 2005 (Doc. #48) stating that at Page 4, ¶3 of the Report and Recommendation (Doc. #47) the Court incorrectly referred to electronic storage as "electric storage."

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #46) is **ACCEPTED** and **ADOPTED.**

2. Defendant Yarmuth, Wilsdon and Calfo, PLLC's Motion to Dismiss (Doc. #29) is **GRANTED.**

3. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #51) is **ACCEPTED** and **ADOPTED.**

4. Defendants Directv, Inc.; Stump, Storey, Callahan, Dietrich & Spears, P.A.; Yarmuth, Wilsdon and Calfo, PLLC; and John Does 1-25's Joint Motion to Dismiss (Doc. #27) is **GRANTED.**

5. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 27th day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record